# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2022 KW 1079

VERSUS

LAMAR SANDERS                                         **DECEMBER 1, 2022**

---

In Re:    Lamar Sanders, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 02-09-0654.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

    **WRIT GRANTED.**  The district court is ordered to act on relator's "Motion to Clarify Sentence Amend," filed on December 13, 2021, on or before January 24, 2023.  A copy of the district court's ruling shall be filed in this court on or before January 31, 2023.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT